UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BEVERLY SMITH,

        Plaintiff,

v.                                                               Case Number 06-14153-BC
                                                             Honorable Thomas L. Ludington

MIDLAND COUNTY COUNCIL ON AGING,

        Defendant.
_____ /

### ORDER OF DISMISSAL

On January 9, 2007, the Court was notified by letter that the parties had reached a settlement in this matter at the facilitative mediation session,

Accordingly, it is **ORDERED** that the complaint is **DISMISSED** with prejudice and without costs. Either party may apply to reopen this matter on or before **February 9, 2007** to enforce the settlement agreement.

                                                            s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge

Dated: January 9, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 9, 2007.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS